# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SHEQUITA L. JOINER                                                              PETITIONER
ADC # 709661

v.                                        No. 4:20-cv-00461-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                 RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order entered this day, the § 2254 Petition for Writ of Habeas Corpus filed by Shequita Joiner is DISMISSED, with prejudice. Judgment is entered in favor of the Respondent.

DATED this 3rd day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE